UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATH OWENS,<br>　　　PLAINTIFFS | §<br>§<br>§ | |
| VS. | §<br>§ | CAUSE NO.: 24-10-16815<br>DC CAUSE NO. 4:24-CV-4608 |
| HARTFORD CASUALTY<br>INSURANCE COMPANY<br>　　　DEFENDANT | §<br>§<br>§ | |

**PLAINTIFF'S RULE 26(A)(1) DISCLOSURES**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Plaintiff **HEATH OWENS** and submits his Rule 26(a)(l) Disclosures pursuant to the FEDERAL RULES OF CIVIL PROCEDURE:

**(A)** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| |
|---|
| **HEATH OWENS**, Plaintiff<br>c/o Williams Attorneys PLLC<br>Justin L. Williams<br>500 N. Water St., Ste. 500<br>Corpus Christi, Texas 78404<br>Telephone: (361) 885-0184<br>Facsimile: (361) 885-0309 |
| **HARTFORD CASUALTY INSURANCE COMPANT**<br>c/o Upton Mickits & Heymann, LLP<br>Scott Seelhoff<br>802 N. Carancahua Ste. 450<br>Corpus Christi, Texas 78401<br>(361)698-8214<br>(361)884-5291 |

## TREATING PHYSICIANS AND THEIR CUSTODIAN OF RECORDS

The following healthcare providers may have knowledge of relevant facts regarding the medical condition and treatment of the Plaintiff. The subject upon which said healthcare providers may testify and their impressions and opinions and the basis for same are set forth in their medical records previously produced by the Plaintiff or as contained in the medical records relating to the plaintiff. The Custodian of Records for each healthcare provider has knowledge about how such medical records are prepared and kept in the regular course of business.

**MEDICAL FOR HEATH OWENS**

| | |
|---|---|
| Kingwood Medical Center HCA Houston Health Care<br>22999 US Hwy 59<br>Kingwood Texas 77339<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Conroe Houston Health Care<br>504 Medical Center Blvd<br>Conroe, Texas 77304<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Clear Lake HCA Houston Health Care<br>500 W. Medical Center Blvd<br>Webster, Texas 77598<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Montgomery County Health District<br>1400 S. Loop 336 W<br>Conroe Texas 77304<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Charles A. Garcia<br>4704 Montrose Blvd<br>Houston, Texas 77006<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Urgent Specialty Associates<br>PO Box 679276<br>Dallas, Texas 75276<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Singleton Associates<br>PO Box 208108<br>Dallas, Texas 75320<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Encompass Health Rehab<br>18550 I45S<br>The Woodlands, Texas 77385<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Air Methods<br>5500 South Quebec Street, Ste. 300<br>Greenwood Village, Co 80111<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | IPR Healthcare Solutions<br>239966 US 59<br>Kingwood, Texas 77339<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Genesis Medical Group<br>19701 Kingwood Dr, Bldg. 8B | Orthopedic Specialists of Texas<br>440 Medical Center Blvd., Ste. 600B |

| | |
|---|---|
| Kingwood Texas 77339<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Webster Texas 77598-4233<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Vital Heart & Vein<br>18450 Hwy 59N<br>Humble, Texas 77338<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Acadia Ambulance<br>PO Box 92970<br>Lafayette La 70509<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| City Ambulance Service<br>21128 Spring Towne Dr.<br>Spring, Texas 77388<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | Houston, Heart Care<br>201 Blossom St., Ste. C<br>Webster Texas 77598<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Plastic & Cosmetic Surgery<br>500 Medical Center Blvd #335<br>Conroe, Texas 77304<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | GenCare Spine and Pain<br>1101 Alma St. Ste. 106<br>Tomball, Texas 77375<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Day & Night Medial Supply<br>Huntsville, Texas<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | CLS Health Clinic<br>600 N. Kaboyashi Rd<br>Webster, Texas 77598<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider |
| Results Physiotherapy<br>4580 Kingwood Dr., Ste. 9<br>Kingwood Texas 77345<br>And/or various physicians, nurses & staff<br>And/or Custodian of medical records and bills<br>Plaintiff s medical provider | |

Plaintiff further identifies any and all individuals timely identified by the parties in Responses to Request for Disclosures and reserves the right to supplement her responses as allowed by the FEDERAL RULES OF CIVIL PROCEDURE.

**(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

At this time, discovery is in its infancy and Plaintiff is still in the process of gathering documents responsive to this request. This request will be supplemented according to the FEDERAL RULES OF CIVIL PROCEDURE as responsive documents become available. Please see the following medical and billing records attached hereto:

**(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RULE 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

| Medical Records | |
|---|---|
| Kingwood Medical Center HCA Houston Health Care | $157,172.05 |
| Clear Lake HCA Regional Medical Center | $166,706.12 |
| Gulf Coast Radiology | $1,371.89 |
| Conroe Hospital HCA | $5,040.00 |
| Montgomery County Health District | $1,103.10 |
| Urgent Specialty Associates | $790.37 |
| Encompass Health Rehab | $14,560.00 |
| Air Methods | $30,194.00 |
| IPR Healthcare Solutions | $718.00 |
| Genesis Medical Group | $TBD |
| Orthopedic Specialist of Texas | $TBD |
| Vital Heart & Vein | $3,218.61 |
| Acadia Ambulance | $1,539.00 |
| City Ambulance Service | $4,528.58 |
| Plastic & Cosmetic Surgery | $13,911.68 |
| Compass Point Emergency Physicians PLLC | $5,420.28 |
| Results Physiotherapy | $TBD |
| | |
| **Total Medical** | **$    406,273.68** |

The amount of medical trebled according to the Texas D.T.P.A, plus interest and attorney's fees.

Plaintiff has not had the opportunity to go through the medical records and add up the benefits and multiply them by the 20% per year contained in the benefit builder. When that is complete this number will be supplemented.

Past medical are incomplete as Plaintiff needs further medical treatment as a result of injuries sustained in this accident. Plaintiff will supplement as medical bills continue to accrue in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

Future Medical: Plaintiff will supplement
Lost Wages: Plaintiff will supplement
Pain and Suffering in the Past: To be determined. Plaintiff will supplement

Pain and Suffering in the Future: to be determined. Plaintiff will supplement
Mental Anguish in the Past: To be determined. Plaintiff will supplement
Mental Anguish in the Future: To be determined. Plaintiff will supplement
Physical Impairment in the Past: To be determined. Plaintiff will supplement
Physical Impairment in the Future: To be determined. Plaintiff will supplement
Physical Disfigurement in the Past: To be determined. Plaintiff will supplement
Physical Disfigurement in the Future: To be determined. Plaintiff will supplement
Exemplary Damages: Plaintiff will supplement

**(D)** For inspection and copying as under RULE 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

The Plaintiff is not covered by any such policy.

Respectfully Submitted,

**WILLIAMS ATTORNEYS, PLLC**

By: /s/ *Ryan Williams*
**JUSTIN L. WILLIAMS**
FBN:  331
SBN: 21555800
**SEAN WILLIAMS**
FBN:  3169926
SBN: 24103990
**RYAN WILLIAMS**
FBN:  3391820
SBN: 24103989
500 N. Water Street, Suite 500
Corpus Christi, TX 78401
Telephone: (361) 885-0184
Facsimile: (361) 885.0309

Service Email: service@williamstrial.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 3RD day of January 2025, a true and correct copy of the foregoing Plaintiff's Rule 26(A)(1) Disclosures were served on all counsel in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

**HARTFORD CASUALTY INSURANCE COMPANT**
c/o Upton Mickits & Heymann, LLP
Scott Seelhoff
802 N. Carancahua Ste. 450
Corpus Christi, Texas 78401

                                        **/s/ Ryan Williams**
                                        Ryan Williams